```
                                                              1

 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         04-10080-WGY

 4
         * * * * * * * * * * * * * * * *
 5                                      *
         UNITED STATES OF AMERICA       *
 6                                      *
         v.                             *  DISPOSITION
 7                                      *
         JOHN LEEMAN                    *
 8                                      *
         * * * * * * * * * * * * * * * *
 9

10

11
                BEFORE:  The Honorable William G. Young,
12                              District Judge

13

14

15

16     APPEARANCES:

17         EMILY R. SCHULMAN, Assistant United States
       Attorney, 1 Courthouse Way, Suite 9200, Boston,
18     Massachusetts 02210, on behalf of the Government

19
           BALLIRO & MONDANO (By Joseph J. Balliro, Esq.), 99
20     Summer Street, Boston, Massachusetts 02110, on behalf of
       the Defendant
21

22

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      September 20, 2004
```