UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | ) | |
| v. | ) | Criminal No.  04-CR-10080-WGY-ALL |
| | ) | |
| **JOHN LEEMAN,** | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Young, CJ) on the defendant John Leeman on September 20, 2004 and from the <u>Judgment in a Criminal Case</u> (entered on the docket September 23, 2004).

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

          By:  /s/ Emily R. Schulman
              EMILY R. SCHULMAN
              Assistant U.S. Attorney

<u>Certificate of Service</u>

I, Emily R. Schulman, AUSA, hereby certify that I have caused a copy of this notice to be served by first-class mail on:

**Joseph J. Balliro, Esq**.
Balliro & Mondano
99 Summer Street
Suite 1800
Boston, MA 02110

counsel's name and address on October 20, 2004.

                 /s/ Emily R. Schulman
                EMILY R. SCHULMAN