**MANDATE**

*Handwritten:* 04-10080 / USDC-MABO / J. Young

# United States Court of Appeals
## For the First Circuit

No.  04-2456

UNITED STATES

Appellant

v.

JOHN LEEMAN

Defendant - Appellee

---

**JUDGMENT**

Entered:  November 16, 2004

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: 11/16/04

By the Court:
Richard Cushing Donovan, Clerk

By: **AMY B. LEDERER**
Appeals Attorney

[cc: Emily R. Schulman, AUSA, Dina Michael Chaitowitz, AUSA, Joseph J. Balliro, Esq., John Leeman, Defendant-Appellant]